# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN RAUL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXION PHARMACEUTICALS, INC., DAVID R. BRENNAN, CHRISTOPHER J. COUGHLIN, DEBORAH DUNSIRE, PAUL A. FRIEDMAN, LUDWIG HANTSON, JOHN T. MOLLEN, FRANCOIS NADER, JUDITH A. REINSDORF, and ANDREAS RUMMELT,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-02238-SHS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jonathan Raul hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 10, 2021

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　　　　　Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　　　　　Email: jml@jlclasslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　**LIFSHITZ LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　1190 Broadway
　　　　　　　　　　　　　　　　　　　　　　　　Hewlett, New York 11557
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (516) 493-9780
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (516) 280-7376

*Attorneys for Plaintiff*